UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GROSVIN FERNANDO HERRERA          CIVIL ACTION NO. _____

VERSUS

COASTAL INDUSTRIES, LLC

**COMPLAINT**

Plaintiff Grosvin Fernando Herrera, a resident of the age of majority residing in the Parish of East Baton Rouge, State of Louisiana, brings this complaint against Coastal Industries, LLC, stating the following:

*Defendant*

1.

Made defendant herein is Coastal Industries, LLC, a limited liability company organized under the laws of the State of Louisiana, domiciled and having its principal place of business in Baton Rouge, Louisiana.

*Jurisdiction and Venue*

2.

This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331.

3.

Plaintiff files this action pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*).

4.

The great majority of the facts giving rise to this cause of action occurred within East Baton Rouge Parish, Louisiana.

*Plaintiff*

5.

Plaintiff Herrera was employed as a construction laborer by Coastal Industries from approximately May 2016 through July 2016.

6.

Plaintiff at all times was the non-exempt employee of Coastal Industries, LLC under the Fair Labor Standards Act. Coastal Industries directed the time, method, and manner of the plaintiff's work duties.

7.

At all times while employed by Coastal Industries, plaintiff was compensated at the rate of $15.00 per hour.  He regularly and customarily worked in excess of 40 hours per week for Coastal Industries, but was not paid overtime for hours worked above 40 per week.

7.

Under the Fair Labor Standards Act, plaintiff is entitled to payment of additional wages at the rate of one and one-half times the rate of his regular pay for all hours worked in excess of forty hours per week throughout the duration of his employment.

9.

The defendant knowingly and willfully violated the FLSA.  Plaintiff is therefore also entitled to recover from defendants an equal sum as liquidated damages, together with

reasonable attorney fees, legal interest, costs, as well as to such equitable relief as may be appropriate to effectuate the purposes of the Fair Labor Standards Act.

**WHEREFORE,** plaintiff prays that there be service and citation upon the defendant, and that after all legal delays and proceedings that there be a judgment rendered in favor of the plaintiff and against the defendant for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, reasonable attorneys fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully Submitted:

**ESTES DAVIS LAW, LLC**

/S Daniel B. Davis
Daniel B. Davis (La. Bar Roll No. 30141)
Randall E. Estes (La. Bar Roll No. 22359)
850 North Boulevard
Baton Rouge, LA 70802
Telephone: (225) 336-3394
Facsimile: (225) 384-5419
*Attorneys for Plaintiff*